[No. 48406-1-I. Division One. July 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PANTALEON F. ALBA, *Defendant*, LUCIA M. ALBA, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 99-1-10013-8, Richard A. Jones, J., entered April 17 and June 7, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49505-4-I. Division One. July 8, 2002.]

CONNIE HOLLERITH, ET AL., *Appellants*, v. BRUCE D. GARDNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-13641-1, James A. Doerty, J., entered October 16, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 27268-7-II. Division Two. July 12, 2002.]

HARRY J. SNIDER, *Appellant*, v. THE TOWN OF RAINIER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-01049-1, Richard A. Strophy, J., entered April 20, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.

[No. 27302-1-II. Division Two. July 12, 2002.]

CHUNYK & CONLEY/QUAD C, *Appellant*, v. LORI L. ROGERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-11026-5, Frederick B. Hayes, J., entered March 27, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.